# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PATRICIA JANE EDINGTON**                                                    **PLAINTIFF**

**VS.**                          **3:13CV00202-BRW**

**ALEXANDRA JANE EDINGTON SAMMONS**                         **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial July 14, 2014, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding. At the conclusion of the evidence, the issues having been duly tried, and after deliberating thereon, the jury returned a verdict on July 16, 2014, in favor of Plaintiff, Patricia Jane Edington.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Plaintiff, Patricia Jane Edington, has a life estate in the rent proceeds from the property transferred in the quitclaim deeds dated August 12, 2008. Specifically, the following lands lying in Jackson County, Arkansas:

1. W/2 NE/4 and NW/4 SE/4 of Section 29, Township 9 North, Range West, Jackson County, Arkansas.

2. SE/4 and E/2 SW/4 of Section 36, Township 9 North, Range West, Jackson County, Arkansas.

Plaintiff is also awarded damages of $12,480.00 for past rent proceeds from the life estate and $8,541.71 for the sale of property on her complaint against Defendant, Alexandra Jane Sammons.

This case is DISMISSED with prejudice.

DATED this 18th day of July, 2014.

                                                       /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE