**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PATRICIA JANE EDINGTON**                                                                          **PLAINTIFF**

**VS.**                                         **3:13-CV-00202-BRW**

**ALEXANDRA JANE EDINGTON SAMMONS**                                              **DEFENDANT**

## ORDER

Defendant's Motion to Stay Enforcement and Execution of Judgment (Doc. No. 78) is GRANTED. Accordingly, upon the posting of supersedeas bond in the amount of $21,021.71, the judgment is stayed pending the outcome of post-trial motions and any appeals.

IT IS SO ORDERED this 7th day of August, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE